Aerial Photography Interpretation and Geographic Information System Analysis
of the Andrews Site in Support of Motion for Interim Relief
Wallingford, CT

Peter Stokely
US Environmental Protection Agency
Washington, DC

**August 31, 2020**

**Background:**

The Environmental Protection Agency (EPA) Region 1 Clean Water Act (CWA) Section 404 enforcement staff asked me to provide technical case development support in investigating the Andrews Site (hereinafter the Site) located in Wallingford, CT and to prepare a report of my findings in support of a motion for interim relief in *U.S. v. Jeffery Andrews, et al*., (D. Conn.).  Specifically, I was asked to use my expertise in aerial photography interpretation and Geographic Information System (GIS) analysis to locate and map any potential wetlands, tributaries, and other drainage paths, and to map any disturbances to the same on the Site.

My analysis is based on the information available to me as of the date of this report and, as described below, is a desktop review of aerial photography, maps and relevant geo-spatial data overing the Site (Figure 1) and a slightly larger Area of Analysis ("AOA") for Wetlands Mapping that included some offsite areas[1].  My work is supported by wetland field work and sampling of EPA staff and others.  In addition, I considered a pre-disturbance wetland delineation and inland wetland survey prepared by the Andrews' private consultants to support a 2003 subdivision application.  Each of these sources is discussed further below and listed in the Reference section.

**Methods and Materials:**

The techniques and methods used in this report combine aerial photography interpretation with Geographic Information System (GIS) analysis and ground truthing the findings.

Acquisition:

The first step in aerial photography interpretation and GIS analysis is to locate aerial photography and other relevant information pertaining to the sites, including, but not limited to, current and historical aerial photography, digital and paper maps, GIS data, ground photographs and existing reports that describe the conditions on the sites.

Aerial photography and satellite imagery covering the time period 1934-2018 was acquired for this analysis. Aerial photography was obtained in digital format (or scanned to create a digital file) for analysis in a geographic information system (GIS).  Also acquired for analysis were United States Geological Survey (USGS) maps and GIS data, United States Department of Agriculture (USDA) soil survey data (USDA Soil Survey Data), National Wetland Inventory (NWI) wetland data.  I also obtained the wetland delineation and survey prepared by the Andrews' private consultants to support a 2003 subdivision application submitted to the Town of Wallingford, hereinafter referred to as the "Andrews' Wetland Delineation."

A complete listing of the aerial photography and other material reviewed and that formed the basis for this report is located in the references section.

---

[1] Although I examined areas outside the Site boundaries for the purposes of mapping wetlands, all the impacts to wetlands described in this report were located within the property boundaries shown on Figures 1-3.

Analysis:

The analysis of the aerial photography and GIS data was performed using commercially available GIS software. The aerial photography was viewed under various magnifications allowing me to zoom in on the sites and examine the sites from a distance. This technique, combined with the variety of aerial photographic types and dates obtained, facilitates a thorough analysis of conditions and features appearing on the aerial photography. The analysis of multiple dates of aerial photography and maps reveals the natural and cultural conditions at the time the photo was taken, or the map was made. The analysis of the multiple dates of aerial photography or maps reveals consistent conditions and features over time, as well as changes to them.

Digital aerial photographs (that were not already geo-referenced) were geo-referenced using the GIS software. Geo-referencing removes some of the distortions found in the aerial photography and fits each of the aerial photographs to the coordinate system being used in the GIS map. Geo-referencing allows for accurate overlaying of the aerial photography to other aerial photography, base maps and geo-spatial data.

Stereo pairs of aerial photography were created using the GIS software. Stereo pairs are pairs of overlapping aerial photography that enable three-dimensional viewing of the study area. Three-dimensional viewing allows the relative heights or depths of objects or features to be visualized which can aide in the identification of objects, drainage patterns, topography, landform and landscape position.

Overlying and comparing temporal aerial photography, maps and other data provides information on current and historical conditions of an area, such as the historical presence of wetlands and their current extent. Site-specific conditions are compared with soils data, NWI data, USGS stream data, elevation products such as contour lines, digital terrain models and other relevant geo-spatial data covering the sites.

GIS analysis tools are used to measure area and length of features. GIS tools are also used to clip and combine data sets for further analysis. Finally, the GIS is used to create maps for use in reports, displays and exhibits.

Wetlands are a landscape feature that can be identified from aerial photography based on their shape, size, texture, landscape position, vegetative cover, and evidence of water or high soil moisture. The combination of landscape position (depressions, low gradient drainage areas, flood plains, adjacency to lakes, estuaries or other water features), with characteristic vegetation cover (emergent, shrub or forested vegetation) and indications of water (standing water, wetland drainage patterns, persistent ground moisture conditions and dark photographic tones) form an identifiable "signature" of a wetland area on aerial photography.

Drainage patterns are observable in aerial photography by their topographic expression, characteristic linear and curvilinear patterns, dark photographic tones and riparian vegetation. In some cases, water is visible.

Disturbances to wetlands generally have a distinct signature, and aerial photography interpretation can be used to identify them, determine their spatial extent, and to help determine when they occurred.  Disturbances to wetlands include, but are not limited to; mechanical land clearing, grading, plowing, and the presence of man-made structures (including construction of roads, houses, commercial buildings, dams, levees, dikes, and ditches). Each of these disturbances exhibit unique combinations of size, shape, photographic tone, texture and association that make them identifiable from aerial photography.

Signatures seen on aerial photography were compared to collateral information including USGS maps and digital stream data, National Wetland Inventory (NWI) data, USDA Soil Survey Data, and the State of Connecticut topographic contours and digital elevation models.  The collateral information is used as a second opinion to support, or provide evidence to refute, feature and condition analysis from aerial photography interpretation.

Digitizing and map production:

Features of interest such as wetland boundaries, stream courses, and areas of disturbance were identified and digitized using the tools found in the GIS software. Digitizing created line files (streams, ditches) and polygon files (wetland areas, disturbances) which were overlaid on the various dates of aerial photography and other maps and with other geo-spatial data obtained for this analysis.

Thematic maps were created by overlaying the digitized features with the aerial photography and other geo-spatial data in a map template which includes a scale bar, north arrow, a legend and title. These maps show wetland boundaries, drainage patterns, sample locations, areas of disturbance and other features relevant to this investigation.

Ground Truth:

EPA staff and soils scientist Peter Fletcher were on the Site on six occasions between May 20, 2019 and June 17, 2019. They sampled the soils for the presence of hydric soils and looked for wetland plants and hydrology using the Disturbed Site procedures outlined in the 1987 Corps of Engineers Manual for the Identifications of Wetlands and its supplement(s). Multiple sample points were taken across the Site where they found both wetland and non-wetland conditions. I have used the results of the sampling to inform my opinion about the presence and extent of wetlands and in developing the Aerial Photography Interpreted (API) wetlands mapped in this report.

Additional Information:

In addition, I reviewed and considered a pre-disturbance wetland delineation and inland wetland survey qualitatively describing the associated wetland services and communities on the Site, and other related documents.  Both the wetland delineation and survey were prepared by the Andrews' private consultants to support a 2003 subdivision application submitted to the Town of Wallingford.  The Andrews' Wetland Delineation identified approximately 10 acres of wetlands on the Site (Figure 3).  While, the

underlying data supporting the Andrews' Wetland Delineation has not been made available to EPA at this time, as indicated below, my API analysis, as supported by EPA field work performed to date, largely confirms the wetland boundaries identified in the Andrews' delineation.

**Results:**

<u>Site Location and Drainage</u>

The Site is located in Wallingford, CT.  It is adjacent to an unnamed perennial[2] tributary to the Farm River (Figure 1) which is a navigable[3] tributary to the Long Island Sound and the Atlantic Ocean. The total distance from the Site to the Long Island Sound is approximately 16 miles.  Figure 2 shows a closer look at the Site located just southeast of Wallingford.

<u>On Site Wetlands</u>

In preparing my analysis to determine if wetlands exist or existed on the Site, I reviewed the entire range of aerial photography at my disposal.  Critical to identifying wetlands is the availability of aerial photography from different time frames and seasons. Viewing seasonal, leaf-off aerial photography can help identify ground surface features and soil moisture conditions which may indicate the presence of wetlands. I compared the ground surface features and patterns in the vegetation visible in the aerial photography, topographic relief (both from stereo viewing and the digital elevation model) with the collateral information from the NWI, USDA and EPA.

Figure 3 depicts the NWI, NRCS hydric soils mapping, and the wetlands identified on the Site prior to disturbance by the Andrews' consultants.

The National Wetland Inventory was created in the 1970's to map the nations wetlands. The NWI also uses aerial photography interpretation to map wetlands based on wetland signatures and classify them the Cowardin Classification System developed for NWI.  NWI identified two areas of Palustrine or freshwater wetlands on Site which is an indicator that wetlands may be present, as is the case on this Site.

USDA Soil Surveys are created by a combination of field work (examining soil profiles with an auger or shovel) and mapping through aerial photography interpretation. Soil surveys are important tools for planning farming operations and site development activities. Soil surveys identify drainage characteristic of soils, including those soils that are hydric (poorly and very poorly drained). The identification of hydric in an area is an indicator that wetlands may be present, as in the case on this Site.

---

[2] The unnamed tributary is mapped perennial by the USGS.

[3] According to EPA Region 1, the Farm River is both currently used for commercial navigation and water-borne recreation and has historically been used for commercial navigation and water-borne recreation.  Until 1942, barges carried quarried rock on the Farm River.  In addition, the Farm River is subject to the ebb and flow of the tide to mile 2.6. Accordingly, the Farm River satisfies the definition of a "traditionally navigable water" set forth in by 40 C.F.R. 232.2 and 33 C.F.R. 328.3; see also *Farm River Estuary River Guide*, Friends of the Farm River Estuary, Inc.

While NWI and USDA Soil Survey information can provide supporting information that wetlands may be present, the more authoritative source of information are wetland and non-wetland field-based determination points established using the Army Corps of Engineers manual of the identification wetlands and its regional supplements. As described in the Ground Truth section of the Methods and Materials, I reviewed the locations of the wetland determinations from EPA's field work and compared the wetland and non-wetland points to aerial photography signatures, the digital terrain model and stereo imagery. I used this information to additionally inform my opinion regarding the presence and extent of wetlands on the Site.

I also examined high-resolution contour and digital elevation data covering the Site and vicinity to look for slopes and topographic position that may be favorable to supporting wetlands.  I looked at vegetation patterns and types seen in the aerial photography, how the patterns were related to one another, and how the patterns in vegetation compared to elevation and slope.  I looked for the presence of soil moisture visible in the aerial photography and how this relates to vegetation patterns, elevation and slope.  I also compared the hydric soils mapped by the USDA and the NWI to the features described above.

I compared the Andrews Wetland Delineation and the location of the EPA sample locations with the patterns in vegetation, soil moisture, the hydric soils mapped by the USDA, the wetlands mapped by NWI and slope and elevation.  I looked for consistency and agreement between the data sets and the signatures visible in the underlying aerial photography.  Synthesizing this information, and using my 30 years of experience as an aerial photo interpreter in analyzing wetland signatures on both pre-disturbance and post disturbance imagery, I formed an opinion regarding the pattern and distribution of wetlands in the AOA and mapped (digitized) the Aerial Photography Interpreted (API) wetlands layer seen on the following figures.  The wetlands I mapped on Site are predominately forested freshwater wetlands on poorly drained soils located on gently sloping land and swales.

The first year of aerial photography obtained for analysis was an aerial photograph taken in April 1934 (Figure 4).  Historical aerial photography can be useful for mapping present-day wetlands because early agriculture activity frequently cleared the forested wetland vegetation, allowing the ground surface to be seen.  If no other major changes to the land, other than abandonment of the agriculture occurs, then the historical conditions can help inform present conditions.  This was the case for the Andrews Site; based on available aerial imagery, the historical agriculture was abandoned over parts of the Site before 1934 and no other major changes to the land occurred until the activities that are the subject of this investigation.  The historically cleared areas slowly revegetated in the decades after 1934 so by Aril 2008 only the area around the future location of the pond remained unforested.  Wetland features are apparent on the 1934 photograph; dark photographic tones indicating possible wetlands, two north-south oriented swales with possible wetlands, one with a surface drainage feature that extends north onto the Site, and the local topography are clearly visible when viewing the 1934 stereo pair (see Figure 4).  Several probable drainage ditches are located on Site, indicting

an attempt to drain portions of the Site. These conditions helped inform my analysis and mapping of wetlands seen below.

Figure 5 shows the API wetlands I identified on the Site. I used the April 2008 aerial photography as my base map because it predates most of the impacts that are the subject of this case. By 2008 much of the land that was cleared in 1934 has reverted to forested upland and forested wetlands. For the purposes of the wetland mapping, I established an AOA that extends beyond the immediate Andrews' subdivison property lines. Figure 4 also shows the unnamed tributary to the Farm Rive, a second tributary I identified through aerial photography interpretation (API Surface Drainage), an existing dirt road, and the locations of the EPA sample points I used in my analysis. The green sample points represent hydric soil conditions found in the field; the red sample points represent non-hydric conditions the yellow sample points were inconclusive due to extensive soils disturbance. I estimate there are approximately 25 acres of potential wetlands within the AOA for Wetlands Mapping. As discussed above the Andrews Site is smaller than the AOA, I estimate there are approximately14.7 acres of potential wetlands on the Site.

My analysis also indicates that, with the exception of the wetland in the northeastern corner of the Site, the wetlands I identified in the AOA directly abut one or more tributaries to the navigable Farm River (Figure 5). As mentioned above, the USGS maps an unnamed tributary to the Farm River along the western portion of the AOA as perennial and the northwestern wetlands I mapped abut this tributary. Aerial photography interpretation and elevation data suggest there is a second tributary[4] to the Farm River located east of the unnamed tributary that the wetlands east of the AOA abut. These wetlands form a continuous band of wetlands that runs northward to the central portion of the AOA.

In addition, it is important to note that the wetland signatures (light and dark photographic tones, patterns in the vegetation, etc) seen on the aerial photography were not always consistent with the signatures that underly the wetland boundary in the Andrews' Wetland Delineation. In addition, the Andrews' Wetland Delineation was not always consistent with the hydric, non-hydric determinations from the field. So, while I used the wetland boundary in the Andrews' Wetland Delineation, as provided to me by EPA, as a source of ground truth where it was consistent with wetland signatures and other data, I did not constrain my mapping precisely to the Andrews' wetland line. Consequently, the API mapped wetlands are spatially different from those in the Andrews' Wetland Delineation. However, where the Andrews' Wetland Delineation mapped wetlands outside the API wetland line, it is clear from the aerial photography that these areas were also impacted by the activities described below.

The following results will be illustrated by annotated figures, unannotated figures will also be provided so the discussed features are visible to the reader.

---

[4] This tributary was first visible in 1934 where it was clearly visible extending northward onto the present-day Site (Figure 5).

7

Impacts to Wetlands

2010 (Figure 6, 6a)

The August 2010 aerial photography shows the first impacts to wetlands that are the subject of this analysis. The impacts included cutting and clearing trees, and in some areas grading and filling of the cleared wetlands, as well as new access road construction. Wetland filling in this report refers to mechanically pulling stumps and roots and pushing them into piles and/or using earth moving equipment to clear and grade the surface, and to build access roads.

Figure 6 shows these impacts. The cleared, but not graded areas appear as open green vegetated areas. Wetland areas that were cleared of trees and where no discernable earthmoving, such as stump removal, is visible are not considered to be filled at this time. The areas that were cleared and graded appear as light toned, beige, smooth textures areas devoid of vegetation or rougher textured areas with visible stump and brush piles. Both of these signatures are considered to be filling if they occurred within the wetland boundary.

A pond has been constructed north of the old dirt road adjacent to the unnamed tributary. The resolution of the imagery makes it difficult to determine how much, if any, of the unnamed tributary was altered, moved or filled. The dirt road seen and annotated in 2008 has been regraded and marginally widened, this activity was not considered an impact to wetlands.

Where the clearing and grading extends into the wetland area it is annotated in yellow shading. Approximately 2.1 acres of wetlands were cleared and graded by August 2010. This includes approximately 1.4 acres of wetland filled in association with the construction of a pond adjacent to the unnamed tributary.

2012 (Figure 7, 7a)

Additional clearing and grading in both wetland and non-wetland areas is visible in 2012. Much of the area south of the old dirt road has been cleared and graded resulting in the filling of wetlands in that area. North of the old dirt road some linear areas appear to have been cleared and graded but the remaining area cleared of vegetation does not appear to have been graded.

Fill piles from the grading and clearing are visible in various places on the Site. A new access road has been graded in the northern portion of the Site. A backhoe is present near the center of the Site. Approximately 3.16 additional acres of wetland filling (orange shading) had occurred between August 2010 and March 2012.

2014 (Figure 8,8a)

Some small additional areas of clearing and grading in wetlands is visible, mostly in the northern portion of the Site. These areas have a smoother texture than in 2012 indicating the vegetation has been removed and the areas graded. A new access point be

seen along with numerous small dark toned fill piles and larger light toned brush piles north of the old dirt road.

The squiggly light toned curvilinear features south of the old dirt road resemble a dirt bike or ATV course.

An additional approximately 1.20 acres of wetlands were filled by July 2014 (dark orange shading).

2016 (Figures 9, 9a and 10)

Most of the additional work in Site is focused in the northern portion of the Site (fuchsia color Figure 9). Here the vegetation has been cleared and graded and large brush piles are visible. Piles of soil are also present which appear to have been trucked in and dumped on the Site.

Figure 10 is a zoomed in view of the Site which shows some of the equipment used and other details regarding the filling of wetlands. The inset in the lower right of the figures shows the zoomed in area in relation to the rest of the Site. Visible are the backhoe, bulldozer and dump truck that have been used to clear and fill the wetlands and to create the various fill piles visible scattered over the Site. Fill piles, the bulldozer and the backhoe are visible within the wetland boundary.

By 2016 most of the overall wetland filling footprint has been completed. An additional 4.67 acres were impacted by March of 2016.

September 2016- October 2018

The next series of figures are centered on the center of the Site where additional filling and earth moving activity is concentrated. The new activity seen in these figures largely occurs on the wetlands filled between August 2010 and March 2016.

September 2016 (Figure 11, 11a)

The dump truck, bulldozer and backhoe seen in March are visible again, but in different locations. New fill piles (both light-toned and dark-toned) are located on the previous filled wetland areas and adjacent to the wetland areas. The older file piles are covered in vegetation. The northern access road first seen in 2012 has been regraded and a probable culvert installed where it crosses the unnamed tributary (Figure 11a).

October 2016 (Figure 12)

The new light toned fill piles seen in September have been graded smoothed in place (or less likely moved offsite). The dump truck and bulldozer are also visible. No other significant change was observed.

December 2016 (Figure 13)

New large fill piles (both light-toned and dark-toned) are visible near the top of Figure 12.  These fill piles are located in wetland areas and adjacent to wetland areas. Grading makes are visible on the ground nearby.

The dump truck and backhoe seen in March and September 2016 (Figures 9 and 10) are again visible in December 2016.  A lighted tone feature that is possibly the bulldozer seen in previous images is also visible.  Several pieces of unidentified equipment are present.  An excavation is visible near the bottom of Figure 12.

October 2018 (Figure 14)

After a period of relative inactivity during 2017 (no figures created) new activity is again visible.  New fill piles have again appeared in the northern portion of the Site. Additionally, some of the old fill piles have been removed and new fill piles placed in their location indicating continued earth moving activity. The backhoe is also visible in this area.  The dump truck is visible in the excavated area to the south.

**Conclusions:**

Based on the information available to me as of the date of this report, I make the following conclusions:  In April 2008 there were approximately 14.7 acres of potential wetlands on Site. Clearing and filling of wetlands was first seen on aerial imagery dated August of 2010.  In the following years, aerial imagery indicate that this activity expanded and by March of 2016 approximately 11.03 acres of API wetlands were filled by the clearing and grading activity (Figure 15, 15a).  In addition, aerial imagery confirms that filling activities took place in portions of the Site identified as wetlands by the Andrews' Wetland Delineation, but that are outside this report's API wetland line.

Based on aerial imagery, no additional API wetland areas or other potential wetland areas were filled after March 2016, however additional earth moving, and deposition of fill on the previously filled wetlands were visible on aerial imagery throughout 2016.  After a period of relative inactivity during 2017, new earth moving and deposition of fill was visible in, and adjacent to, the previously filled wetland areas in aerial imagery dated October 2018.  Aerial imagery and other available sources further indicated that the wetlands northern and northwestern portion of the Site abut an unnamed tributary mapped as perennial by the USGS there is a probable second tributary to the Farm River located east of the unnamed tributary that the wetlands east of the AOA abut, and these wetlands form a continuous band of wetlands that runs northward to the central portion of the AOA.

References

Aerial Photography and Satellite Imagery

| Date | Type | Source | File Designation |
|---|---|---|---|
| April 1934 | B&W Single Frame | CECO[5] | p4005coll10_8419_full.jpg |
| | | | p4005coll10_8596_full.jpg |
| 4-25-1950 | B&W Single Frame | USGS[6] | 1KB0000030157.tif |
| 2-18-1966 | B&W Single Fame | USGS | 1VBHP00010010.tif |
| 3-3-1986 | CIR Single Frame | USGS | NC1NHAP850067006.tif |
| 3-16-1992 | B&W DOQ | USGS | 04107234.SES.9871.tif |
| 8-13-2006 | Color DOQ | USGS | n_410734_se_18_1_ 2006813_20070201.jp2 |
| 4-2-2008 | Color DOQ | USGS | 18tx1870870.tif |
| 8-14-2010 | Color DOQ | USGS | m_4107234_se_18_1_ 20100814_20100928.jp2 |
| 3-18-2012 | Color DOQ | USGS | 18tx1870870.tif, 18tx1855870.tif |
| 7-22-2015 | Color Tile | DG | 15JUL22155717-P3DS_R1C1- 012051237010_01_P001.TIF |
| 9-31-2015 | Color Tile | DG | 15SEP03154255-A3AS- 012051240010_01_P001.TIF |
| 7-21-2014 | Color DOQ | USGS | m_4107234_se_18_1_ 20140721_20140826.jp2 |
| 3-12-2016 | Color DOQ | USGS | 995710_nw.tif, 995710_ww.tif, 995710_ne.tif, 995710_se.tif |
| 9-17-2016 | Color Tile | DG | CA_9_17_16_geotiff_R1C1.tif |
| 12-4-2016 | Color Tile | DG | CA_12_4_16_geotiff_R1C1.tif |
| 8-27-2017 | Color Tile | DG | CA_8_27_17_geotiff_R1C1.tif |
| 3-18-2018 | Color Tile | DG | CA_3_18_18_geotiff_R1C1.tif |
| 8-27-2018 | Color Tile | DG | CA_8_27_18_geotiff_R1C1.tif |
| 10-17-2018 | Color Tile | DG | CA_10_17_18_geotiff_R1C1.tif |
| 4-23-2019 | Color Tile | DG | CA_4_23_2019_R1C1.tif |

| Other Geospatial Data | Source |
|---|---|
| Digital Elevation Model | Connecticut Environmental Conditions Online |
| Hill Shade Model | Connecticut Environmental Conditions Online |
| Hi Resolution Contours | Connecticut Environmental Conditions Online |
| Soils Survey Data | USDA Web Soil Survey |
| Wetland Determinations | 216 Northford Road Wetland Impact Investigation Milone and MacBroom 2010  (digitized wetland delineation lines) Referred to in this report as the Andrew's 2003 Subdivision Wetland Delineation |
| Property Boundaries | USEPA |

---

[5] Connecticut Environmental Conditions Online
[6] United States Geological Survey

**Figures**



**Figure 1**



**Figure 2**



**Figure 3**



**Figure 4**



**Figure 5**



**Figure 6**



**Figure 6a**



**Figure 7**



**Figure 7a**



**Figure 8**



**Figure 8a**



**Figure 9**



**Figure 9a**



**Figure 10**



**Figure 11**



**Figure 11a**



**Figure 12**



**Figure 13**



**Figure 14**



**Figure 15**



**Figure 15a**

**Curriculum Vitae**
Peter M. Stokely

**Current Position**

Enforcement Support Specialist
Environmental Protection Agency
Office of Civil Enforcement
1220 Pennsylvania Ave, Washington, DC 20460

**Responsibilities**

- Support Environmental Protection Agency (EPA) Regions and the U.S. Department of Justice in Clean Water Act (CWA) case development through aerial photography interpretation, GIS support and knowledge of wetland science and policy.
- Perform as government expert in CWA litigation.
- Provide outreach and training in CWA enforcement methods including, aerial photography interpretation, GIS mapping, and analysis.
- Help develop and implement headquarters CWA enforcement policies, initiatives and guidance.
- Coordinate with the Regions on enforcement issues, initiatives, case development and program direction.

**Accomplishments**

- Recruited by the Office of Enforcement and Compliance Assurance (OECA) to help EPA's national CWA enforcement efforts after the Supreme Court ruling in *Rapanos v. United States*.
- Developed training materials and guidance for supporting CWA enforcement investigations after Rapanos which have been presented nationwide.
- Provided technical outreach of the effects of Rapanos on CWA enforcement to House of Representative and Senate staff.
- Recognized expert in aerial photography interpretation both regionally and nationally.
- Presenter at EPA/DOJ National Enforcement Conferences and EPA remote sensing symposiums.
- Invited faculty at the National Advocacy Center in Columbia, South Carolina (2007, 2008).
- Provided expert witness testimony in both criminal and civil litigation of numerous CWA enforcement cases across the nation (see Aerial Photo Interpretation and Expert Witness Testimony Provided).
- Provided aerial photography interpretation and GIS analysis in support of EPA review of proposed federal rule making as the result of the Supreme Court's decision in the *Solid Waste Agency of Northern Cook County (SWANCC) v US Army Corps of Engineers*.
- Participated in the planning and execution of numerous multi-disciplinary wetland field investigations to support CWA enforcement and permit cases.
- Provided aerial photo interpretation expertise and wetland policy guidance in support of the CERCLA program.
- Developed and instructed aerial photography courses that have been are taught at various locations nationally.

34

**Awards/Recognition**
**Medals**

- Awarded EPA Region 5 Bronze Medal as part of the Rapanos Civil Litigation Team (June 2010).
- Awarded EPA Region 5 Bronze Medal as part of the Fabian Wetlands Enforcement Team (June 2009).
- Awarded EPA Region 2 Bronze Medal for exceptional service in *United States v. Manzo*, a successful CERCLA litigation that resulted in $31 million cost recovery judgment for the Government (June 2008).
- Awarded EPA Office of Water Bronze Medal for Effective Co-administering the Rapanos Guidance to Ensure CWA Protection to our Nation's Aquatic Resources (July 2008).
- Awarded EPA Region 3 Bronze Medal for exemplary management and implementation of a high priority grants program designed to protect and enhance wetlands and aquatic resources in the Mid-Atlantic Region (April 2007).
- Awarded EPA Region 3 Bronze Metal for aquatic resource protection using Aerial Photography Interpretation and GIS Analysis (May 2006).
- Awarded EPA OECA Bronze Metal for outstanding team effort in the conviction of three individuals and two corporate defendants in the largest wetland's criminal enforcement case in United States history (July 2006).
- Awarded EPA Region 3 Bronze Metal for outstanding scientific analysis supporting continued regulation of the uppermost reaches of our Nation's Waters (April 2004).
- Awarded EPA Region 3 Bronze Metal for efforts leading to the successful prosecution of violations of the Clean Water Act (April 1996).
- Awarded EPA Region 3 Bronze Metal for efforts associated with the testing of the proposed 1991 revisions to the Federal Manual for Identifying and Delineating Jurisdictional Wetlands (April 1992).

**Special Recognition or Achievement Awards**

- EPA's Excellence in Analytical Support Award (2017).
- Awarded a Special Recognition Award by the U.S. Department of Justice for providing extraordinary assistance in the investigation and prosecution in the matter of *United States v. Robert J. Lucas Jr., et al.* Convictions February 25, 2005 (February 2007).
- EPA's Office of Compliance for playing a critical role in helping to make the NPDES Technical Inspector Workshops a success (December 2007).
- Superior Accomplishment Award for my role in developing EPA Region 3's comments on Advanced Notice for Proposed Rulemaking after the Supreme Court ruled in *SWANCC* (July 2003).
- Superior Accomplishment Award from EPA Region 8 for aerial photography interpretation and expert reports in the West Valley City, Utah CWA investigations (August 2003).

**Letters or Certificates of Appreciation**

- Buffalo District Corps of Engineers Certificate of Appreciation for co-instructing an aerial photography and GIS course (May 2013).

- U.S. Department of Justice Executive Office for United States Attorneys for participating as an instructor in the 2008 Environmental Crimes Seminar (June 2008).
- U.S. Department of Justice for being a panelist in the 1998 and 2001 EPA/DOJ National Enforcement Conferences.
- EPA National Enforcement Training Institute for instructing a course in aerial photography interpretation (May 1999).
- United States Attorney's Office for aerial photography interpretation support in *United States v. Mango, et al.* (January 1997).
- United States Attorney's Office for aerial photography interpretation support in *United States v. James J Wilson, et al.* (July 1996).
- Virginia Cooperative Extension Service (VEC) letter of appreciation for participation VEC Wetland Regulation Training Session (May 1995).
- Corps of Engineers Certificate of Appreciation for preparation and teaching Aerial Photography Interpretation courses (May 1993).
- Delaware Valley Science Fair for judging the 1993 fair (April 1993).
- United States Attorney's Office for aerial photography interpretation support in *United States v.  William B. Ellen* (April 1992).
- Cabrini College in Philadelphia for guest teaching a wetlands course (March 1992).
- Society of American Foresters (SAF) letter of Appreciation for participation in SAF Wetland Training Session (July 1990).
- United States Attorney's Office for aerial photography interpretation support in *United States v. Paul V, Kebert et al.* (October 1987).
- EPA ORD Certificate of Appreciation for my efforts to improve the environment which have contributed to the search for a better life (November 1982).
- EPA ORD Nomination for Outstanding Support Services in the Southeast Ohio Risk Assessment Study (December 1981).

## Education

Bachelor of Science from West Virginia University (1980) in *Forest Resource Management, w*ith a Supportive curriculum of remote sensing, computer science, geography, hydrology, surveying and mapping.

## Continuing Education

Aerial Photo Interpretation Course.  American Congress on Surveying and Mapping. Washington D.C., February 1981.
Technical Writing Workshop.  Shipley Associates. Warrenton VA., November l981 and March 1982.
Fundamentals of Remote Sensing for Terrain Analysis.  George Washington University, January 1982.
Elements of Photogrammetry l and 2.  George Mason University, May 1983.
Graduate Level Terrain Analysis.  Robert Frost, U.S. Army Engineer Topographic Laboratories, 1983.
Classification of Wetland and Deepwater Habitats.  U.S. Fish and Wildlife Service, Clearwater, Florida, October 1987.
ESRI ARC/Info GIS Training Course.  U.S. EPA, Philadelphia, Pennsylvania, March 1988.
Jurisdictional Delineation of Wetlands.  U.S. EPA. Hickory Corners Michigan, September 1988.

Cumulative Impact Assessment in South Eastern Wetland Ecosystems. U.S. EPA. Slidel, Louisiana, October 1988.

Hazardous Materials Incident Response Operations. U.S. EPA, Edison New Jersey, Oct 26-30, 1992.

Habitat Evaluation Procedures Workshop. U.S. Fish and Wildlife Service, National Ecology Research Center, Philadelphia, Pennsylvania, Nov. 1-6, 1992.

Practical Conflict Management. National Highway Institute, Hunt Valley Maryland, February 2-4, 1993.

Soils Classification Course. Delaware Valley College, Doylestown, Pennsylvania, June 28-30 1993.

Soil Science for Hazardous Materials, Cook College, New Brunswick, New Jersey, October 27-29, 1993.

National Environmental Policy Act Training Workshop. Shipley Associates, New York City, June 13-15, 1995.

Training Program for Major Investment Studies. National Transit Institute, Wilmington, Delaware, September 6-8, 1995.

The Hydrogeomorphic Approach to Assessment of Wetland Functions in the Mid-Atlantic. The Natural Resource Conservation Service in cooperation with EPA, COE, FWS and the National Wetland Science Training Cooperative, Annapolis, Maryland, September 18-22, 1995.

ISTEA: Opportunities for Innovative Transportation and Environmental Policymaking. U.S.EPA, Office of Policy, Planning, and Evaluation, Philadelphia Pa., Dec. 12, 1995.

Regulatory IV Interagency Wetland Identification Training. Stockton, New Jersey, September 30-October 4, 1996.

Applied Fluvial Geomorphology. Dave Rosgen; Wildland Hydrology Consultants, Charlottsville, Virginia, March 10-14, 1997.

Remote Sensing and Digital Image Processing. Doug Wheeler; United States Geological Survey, Reston, Virginia, January 22-March 5, 1998.

Automated Geospatial Watershed Management-GIS Based Hydrologic Monitoring. USDA Southwest Watershed Research Center/ EPA Office of Research and Development, Reston, Virginia, September 17-18, 2002.

ArcGIS Pro-Essential Workflows, ESRI Offices, Vienna, Virginia, July 25-27, 2018

**Professional Publications**

Stokely, PM, 2013.
Using Aerial Photography, Geospatial Data, and GIS to Support the Enforcement of Environmental Statutes. American Bar Association, Natural Resources and Environment, Volume 28, Number 1, Summer 2013.

Brilis, GM; vanWaasbergen, RJ; Stokely, PM; Gerlach, CL, 2001.
Remote Sensing Tools Assist in Environmental Forensics: Part II-Digital Tools. Environmental Forensics, Volume 2, Number 3. Academic Press, Pages 223-230.

Stokely, PM, 1987.
The EPA's Remote Sensing Support of the Clean Water Act's Section 404 Enforcement Activities. Army Corps of Engineers, 1987.

Stokely, PM. and Bear, WL, 1984.

Incorporation of Hydrogeologic Data into the USEPA Environmental Photographic Interpretation Center Investigations into Hazardous Waste Sites.  Conference Proceedings, Management of Uncontrolled Hazardous Waste Sites, Washington, D.C.

## Previous Employment

Environmental Scientist/Work Assignment Manager, EPA Region 3, 12201 Sunrise Valley Drive, 555 National Center, Reston VA  20192.  Job Description: Clean Water Act (CWA) and National Environmental Policy Act (NEPA) program duties, including CWA enforcement. Used established rules, current science, aerial photography interpretation and Geographic Information System (GIS) tools to support EPA programs (2/88-7/06).

Senior Level Imagery Analyst/Team Leader (Held Top Secret Clearance): The Bionetics Corporation, (contractor to EPA's Environmental Photographic Interpretation Center (EPA/EPIC)).  P.O. Box 1575, V.H.F.S.  Warrenton, VA 22186, (9/80 to 2/88).

## Expert Witness Testimony Provided

1) U.S.A. v Paul V. Kebert, Kebert Construction Co., and the Kebert Family Partnership, Civil Action 86-86E, Crawford County, PA., November 1986, Federal Court Erie.
Issue: Wetlands filling for residential development.
Subject of testimony: Presence of wetlands prior to disturbance, chronology and extent of filling activity.

2) U.S.A. v Phillip R. and Paul S. Hobbs, Civil Action 90-41   Ware Neck, VA., January 1990, Federal Court Norfolk.
Issue: Wetlands filling for residential development although contested as normal silviculture.
Subject of testimony: Chronology of site disturbance, location of field samples, presence of natural and manmade drainage, connection to waters of the United States.

3) U.S.A. v William B. Ellen, Criminal No. S-90-0215, Dorchester County, MD, December 1990, Federal Court Baltimore.
Issue: Wetlands filling for hunting preserve, ponds, home and road construction.
Subject of testimony: Presence of wetlands prior to disturbance, chronology of events, description of wetlands at each count and opinion as to whether wetlands were filled, and acreage, impact of rainfall on wetland signatures.

4) U.S.A. v Robert Brace and Robert Brace Farms, Inc., Civil Action 90-229 Erie, Erie County, PA., November 1993, Federal Court Erie.
Issue: Wetland conversion for unknown purposes although contested for agricultural purposes.
Subject of testimony: Presence of wetlands prior to disturbance, chronology of events, presence of side cast fill material and underground drainage tiles, acreage of impact, drainage direction, connection to waters of the United States.

5) U.S.A. Counter Claim Plaintiff v Harry H. Cupp and Mina H. Cupp, Civil Action 89-170-E, Randolph County, WVA., July 1994, Federal Court Elkins.
Issue: Forested wetland conversion for agricultural purposes.
Subject of testimony: Presence of wetlands prior to disturbance, drainage direction and connection to Waters of the United States, acreage of impact.

6) <u>Bozievich Case</u>, October 1994, EPA Administrative Hearing, Philadelphia.
<u>Issue:</u> Conversion of wetlands for farming related purposes, York County, PA.
<u>Subject of testimony:</u> Presence of wetlands prior to disturbance, connection to Waters of the United States, area of impact.

7) <u>Britton Construction Co., BIC Investments, and William and Mary Hammond, Docket No. CWA-III-096</u>, November 1996, EPA Administrative Hearing, Washington, D.C.
<u>Issue:</u> Filling of tidal wetlands for residential construction, Chincoteague VA.
<u>Subject of testimony:</u> Presence of wetlands prior to filling, connection to tidal waters.

8) <u>U.S.A. v James J. Wilson, Interstate General Co., LP and St. Charles Associates, Criminal No. AW-95-0390</u>, Charles County, MD. February 1996, Federal Court Greenbelt.
<u>Issue:</u> Non-tidal wetlands filling for residential and commercial development.
<u>Subject of testimony:</u> Presence of wetlands prior to disturbance, drainage direction and connection to Waters of the United States, presence of natural and manmade drainage features, stability and reliability of wetland signatures, chronology of disturbances, selection and location of reference points, impact of rainfall on wetland signatures, opinion as to whether wetlands were filled and acreage of fill.

9) <u>Borden Ranch Partnership v US Army Corps of Engineers and US EPA, CIV-597 0858 GEB JFM</u>, Sacramento and San Joaquin Counties, California. January 1998, Federal Court Sacramento.
<u>Issue:</u> Non-tidal wetlands filling for agricultural purposes (vineyard and orchard).
<u>Subject of testimony:</u> Documentation and enumeration of discharges as the result of deep-ripping.

10) <u>U.S.A. v Sartori, CIV 98-14087 Moore,</u> Lake Placid, Highlands County, Florida, Federal District Court, Southern District of Florida, Fort Pierce, FL. July 2000.
<u>Issue:</u> Conversion of non-tidal wetland for agricultural purposes (caladium production).
<u>Subject of testimony:</u> Documentation of the history of the conversions, mechanized land clearing, site drainage, connections to waters of the United States, presence of wetlands, documentation of hydrology visible on the aerial photography.

11) <u>U.S.A. v Paul G. Phypers, et al. Civ. Case No. 00-141195-CIV-PAINE/LYNCH, S.D. FLA.,</u> Lake Placid, Highlands County , FL. Federal District Court, Southern District of Florida, Fort Pierce, FL. May 8, 2002.
<u>Issue:</u> conversion of non-tidal wetlands for agriculture purposes (caladium production).
<u>Subject of testimony:</u> Documentation of the history of the site 1970-1999, description of the site before and after conversion to agriculture (mechanized land clearing, ditching), site drainage, connections to waters of the United States.

12) <u>U.S.A. vs. Dominick and Louis Manzo, Marlboro Township, Monmouth County, NJ: Civil Action No. 97-289 (MLC)</u>, Federal District Court, District of New Jersey, Trenton, NJ. June 11-12, 2002.
<u>Issue:</u> Division of liability under CERCLA regarding the release of contaminants into Burnt Fly Bog.
<u>Subject of testimony:</u> Documentation of the history of the site from the 1950's until the present including the description of the waste lagoon contents and condition, description of manmade disturbances to the lagoons and subsequent deposition of material into Burnt Fly Bog,

description of surface water flow paths and erosion from the lagoons and the description of changes to the vegetative cover of the adjacent wetlands.

13) <u>Smith Farms Hearing, EPA 404/402 Administrative Proceeding</u>, Virginia Beach Circuit Court, Virginia, June 18, 2002 (Retried October 6-10, 2003).
<u>Issue:</u> Tulloch ditching in preparation for land development.
<u>Subject of Testimony:</u> the methods and conclusions contained in two expert reports (January and June 2002), the January 2002 report covered the presence of wetlands on site and the description and measurement of disturbances to wetlands (ditching, clearing of swaths) and total land disturbance for 402 purposes. The June 2002 report focused on the hydrological connection of the site to other waters and tidal waters.

14) <u>Lewis Farms Hearing, EPA 404/402Administrative Proceeding</u>, Virginia Beach Circuit Court, Virginia, January 14 and February 6, 2003.
<u>Issue:</u> Tulloch ditching in preparation for land development.
<u>Subject of Testimony:</u> the presence of wetlands on site and the description and measurement of disturbances to wetlands (ditching, clearing of swaths, access roads (where and when)) and total land disturbance for 402 purposes. Testimony also focused on the hydrological connection of the site to other waters and tidal waters.

15) <u>Doug Blossom Hearing, EPA CWA Administrative Proceeding</u>, Alaska State Court House, Kenia, Alaska, May 4, 2004.
<u>Issue:</u> Ditching and land clearing of wetlands in wetlands for agriculture adjacent to Cook Inlet.
<u>Subject of Testimony:</u> testimony performed using live demonstration of ArcView GIS. Issues were the presence of wetlands, alteration of wetlands, evidence of silviculture activity, drainage connection to Cook Inlet, including flow across beach.

16) <u>U.S.A. v Lucas, Criminal No: 1:04cr60GuRo,</u> Federal District Court, Gulfport, MS.  January 25, 2005.
<u>Issue:</u> Extent of wetlands, connections to the Gulf of Mexico, filling of wetlands for a trailer park.
<u>Subject of Testimony:</u>  Method and results of aerial photography interpretation and GIS analysis showing the physical alterations and hydrological connection of the Lucas wetlands to local streams and bayous and ultimately to the Gulf of Mexico.

17) <u>Smith Farms Hearing, Post Rapanos Remand Administrative Proceeding</u>, Norfolk, VA, May 14, 2007.
<u>Issue:</u> CWA Jurisdiction after Supreme Court ruling in Rapanos.
<u>Subject of Testimony:</u> the results of the analysis of historical aerial photography and maps showing relatively permanent hydrologic connections. Analysis and discussion of comparable wetlands in the area, as well as testimony regarding the presence of wetlands on site and the hydrological connection of the site to other waters and tidal waters.

18) <u>Lewis Farms Hearing, Post Rapanos Remand Administrative Proceeding</u>, Norfolk, VA, May 25, 2007.
<u>Issue:</u> CWA Jurisdiction after Supreme Court ruling in Rapanos.
<u>Subject of Testimony:</u> the results of the analysis of historical aerial photography and maps showing relatively permanent hydrologic connections. Analysis and discussion of comparable wetlands in the area, as well as testimony regarding the presence of wetlands on site and the hydrological connection of the site to other waters and tidal waters.

19) <u>Cody Bedford Evidentiary Hearing</u>, Federal District Court, Norfolk, VA, October 22, 2008.
<u>Issue:</u> CWA Jurisdiction after Supreme Court ruling in Rapanos.
<u>Subject of Testimony:</u> testimony regarding the presence of wetlands on site and the hydrological connection of the site to other waters and tidal waters, and the chronology of filling in the wetlands.

20) <u>U.S.A. v Johnson, Civil Action No. 99-12465-EFH</u>, Federal District Court, Boston, MA, April 11-12, 2011.
<u>Issue:</u> CWA Jurisdiction after Supreme Court ruling in Rapanos.
<u>Subject of Testimony:</u> the results of the analysis of historical aerial photography and maps showing tributary connections, adjacent and abutting wetlands and flow paths to traditional navigable waters.

21) <u>U.S.A. v Nicastro, June 2, 2011, Syracuse, NY-Grand Jury.</u>
<u>Issue:</u> CWA Jurisdiction after Supreme Court ruling in Rapanos.
<u>Subject of Testimony:</u> the results of the analysis of historical aerial photography and maps showing wetlands and tributary connections and flow paths to traditional navigable waters.

22) <u>U.S.A. v Richard Roberts,</u> November 8, 2011, Federal District Court, Nashville, TN.
<u>Issue:</u>  Establishing CWA Jurisdiction over a tributary to the Duck River is west-central Tennessee.
<u>Subject of Testimony:</u> the methods and results of historical aerial photography interpretation of the tributary of the Duck River known as Snake Creek.

23) <u>Ron Foster, et al. v United States Environmental Protection Agency</u>, Trial testimony, August 16, 2017. Southern District of West Virginia.
<u>Issue:</u>  Factors related to CWA Jurisdiction over a tributary to Neil Run and the Little Kanawha River in west central West Virginia.
<u>Subject of Testimony:</u> the methods and results of aerial photography interpretation of the tributary (known as RR4) to Neil Run.  The historical presence of a channel and bed and bank features across "the hayfield".

24) <u>C&S Enterprise, LLC v United States Environmental Protection Agency</u>, Administrative Hearing, October 3, 2018. Federal District Court, Des Moines, IA.
<u>Issue:</u> Factors related to CWA Jurisdiction over a tributary to Deep Creek and the Iowa River located in Iowa County, IA.
<u>Subject of Testimony:</u> the methods and results of aerial photography interpretation of the tributary to Deep Creek.  The historical presence of a channel, bed and bank features and the connection to Deep Creek.  The tributary as a relatively permanent geographic feature that likely exhibits seasonal flow.

41