

**DEPARTMENT OF THE ARMY**
NEW ENGLAND DISTRICT, CORPS OF ENGINEERS
696 VIRGINIA ROAD
CONCORD, MASSACHUSETTS 01742-2751

May 19, 2011

REPLY TO
ATTENTION OF
Regulatory Division
CENAE-R-PEB
File Number: NAE-2010-0802

Jeff Andrews
216 Northford Rd
Wallingford, CT  06492

Dear Mr. Andrews:

This letter is in further reference to work being conducted at your property at 216 Northford Road in Wallingford, Connecticut. The work involves the discharge of dredged or fill material in wetlands adjacent to a tributary of the Farm River without a Department of the Army permit. The Farm River, its tributaries and adjacent wetlands are regulated by the Corps of Engineers pursuant to Section 404 of the Clean Water Act (CWA). Section 404 of the CWA (33 USC § 1344) prohibits discharges of dredged or fill material into waters of the United States, including wetlands, unless the work has been authorized by a Department of the Army permit. On March 17, 2011, the Corps sent a letter of inquiry to you regarding this work (attached), to which we received no response.

On April 14, 2011, Mr. Michael Riccio and Mr. Mike Sheehan of my staff accompanied you on a visit to the site and confirmed that unauthorized discharges of dredged or fill material into waters of the U.S. had occurred. You indicated to Mr. Riccio and Mr. Sheehan that you intend to conduct future work that would also take place within waters and wetlands subject to Corps jurisdiction. During the site visit, Mr. Riccio and Mr. Sheehan verbally advised you that no further work should be conducted within areas regulated by the Corps of Engineers, until authorization is obtained.

Accordingly, **you are hereby directed to cease and desist** from any further excavation and filling activity in jurisdictional waters or wetlands; including but not limited to, mechanized land clearing such as the stumping and/or regrading of land, without the necessary authorization. Please be advised that violations of the CWA can result in administrative penalties of up to $16,000 per day of violation, civil penalties, criminal fines or imprisonment. In addition, restoration of the area to its pre-violation condition may be required.

Furthermore, initial corrective measures are required in order to control erosion and to prevent further degradation of the wetlands. Therefore, in accordance with Title 33 Code of Federal Regulations, Part 326.3(d) as published in the November 13, 1986 Federal Register, you are hereby directed to undertake the following initial corrective measure(s). Failure to comply with these orders may result in enforcement action by the Corps or the U. S. Environmental Protection Agency.

1. Install sedimentation control devices such as geotextile silt fences or staked hay bales between all disturbed areas, sediment stock piles and adjacent ponds, watercourses and wetlands. These devices must be properly installed in order to prevent the erosion, transport and deposition of soil into the waterways and wetlands.

2. All bare soils including stock piles should be immediately stabilized by seeding and covering all seeded areas with mulch hay.

3. A small woodchip dike has been constructed at the downstream end of the pasture fill (see attached); maintenance of that dike should continue until the soil has been stabilized with native grasses and forbs.

We request that you confirm your compliance with this order and respond to the questions in the attached March 17, 2011 letter no later than June 6, 2011. Compliance with this order will not foreclose the Government's options to initiate appropriate legal action or to later require the submission of a permit application. Further, in order to ascertain whether the site may be eligible for an after-the-fact permit, we are requesting permission to re-visit the site at your earliest convenience. Please contact Michael Riccio of my staff at (978) 318-8685 to schedule a follow-up visit, or if you have any questions, comments or concerns regarding this letter.

Sincerely,

Philip T. Feir
Colonel, Corps of Engineers
District Engineer

Attachments
Copies Furnished

Denise Leonard
U.S. EPA Region 1
5 Post Office Square Suite 100
Boston, MA  02109

Erin O'Hare
Environmental and Natural Resources Planner
Wallingford Town Hall
45 South Main Street
Wallingford, CT  06492



Wood chip dike mentioned in corrective measure 3.

216 Northford Road Wallingford, CT

Pink = existing violations
Blue = Delineated wetlands on site

Feet
0   250   500   1,000

N

Wallingford CT
Jeff & Lynn Cooke Andrews
CENAE-R-PEB Michael Riccio

0.66 ac.

9.19 ac.

0.09 ac.

Fill associated with Spoil 0.34 ac.

Fill and excavated 0.49 ac.

0.49 ac.

Fill/grub for pasture 0.49 ac.

0.44 ac.



**DEPARTMENT OF THE ARMY**
US ARMY CORPS OF ENGINEERS
NEW ENGLAND DISTRICT
696 VIRGINIA ROAD
CONCORD MA 01742-2751

VIA FEDERAL EXPRESS

March 20, 2018

Regulatory Division
File No. CENAE-R-2010-00802

Lynn Cook & Jeffrey P. Andrews
216 Northford Road
Wallingford, Connecticut 06492

**NOTICE OF VIOLATION/CEASE & DESIST**

Dear Mr. and Mrs. Andrews:

    This letter is in reference to work that you are conducting on two parcels identified as 216 Northford Road, Wallingford, Connecticut and 69 Woods Hill Road (rear), North Branford, Connecticut (See attachments A and B). These locations are collectively known as the "Site" or "Area of Concern" throughout this correspondence. The work referenced is the discharge and redeposit of mineral and organic soil material, manure, wood chips, stumps, debris, and/or other dredged or fill materials, into wetlands and waterways tributary to the Farm River between March 2010 and October 2017. The Farm River, its tributaries, and adjacent wetlands are regulated by the Corps of Engineers (Corps) pursuant to Section 404 of the Clean Water Act (CWA), 33 U.S.C. 1344. Our records indicate that you are a responsible party associated with this activity, either as a property owner or as a person performing or causing the performance of this work. The location of wetlands is depicted on the attached Google aerial photograph (see attachment C). The purpose of this letter is to identify what we believe to be unlawful discharges into wetlands and/or waterways without Corps authorization, and to seek information concerning the discharge activities described above.

    Section 404 of the CWA prohibits discharges of dredged or fill material into waters of the United States and their adjacent wetlands unless the work has been authorized by Department of the Army permit. Please be aware that CWA violations may result in administrative penalties, civil penalties of up to $52,414 per day for each violation. Every day unauthorized fill remains in place is a separate day of violation. Injunctive relief, including restoration of the area to its pre-violation condition may also be required. The Corps and the U.S. Environmental Protection Agency (US EPA) share enforcement responsibilities under the CWA. Consequently, the details of your case and the work identified at the above-referenced sites have been shared with the US EPA.

Our files indicate that you were informed of our jurisdiction over these wetlands and/or waterways in writing on May 1, 2010; March 17, 2011 and May 19, 2011. You were also informed orally of the need to obtain a Corps permit for work within them on April 14, 2011; June 2, 2011, June 10, 2011 and in writing on July 1, 2011. **You are hereby <u>directed to cease and desist</u> any further work that includes filling, excavation, grading or mechanized land clearing within areas regulated by the Corps of Engineers, until appropriate authorizations have been obtained.**

Federal regulations provide that we investigate unauthorized work that has occurred in areas subject to our jurisdiction. Consequently, *we request that you provide us with authorization to enter the properties identified above* as the Site for the purposes of wetland/waterway/soil characterization, investigation of work in or around aquatic resources and assessment of unpermitted activity in waters or wetlands. Please fill out the enclosed "Authorization to Enter Property" form and return it to us **<u>by close of business April 20, 2018</u>**.

Additionally, we request that you provide us with information concerning the discharge and redeposit of dredged and/or fill material into wetlands and waters at the site. To assist us in this investigation please respond, in writing and complete detail, to each of the following questions:

1. Provide the name of all persons, or entities, that currently have or have possessed ownership interest in the parcel(s) identified above since 2008. This information should include the name, residential address, telephone number, the date that the person acquired interest in the properties and the person from whom the ownership interest was acquired.

2. Describe the use of the Site since you acquired ownership interest in one, or both of, the parcels; also identify the current use and describe all intended future uses for the Area of Concern.

3. State whether you have placed dredged or fill material as discharge into wetlands or waterways anywhere on the Site. Please use Attachments A through C to depict those areas where you placed fill. For each one of the parcels associated with this work please estimate the footprint (area in square feet or acres) of impact to waters and or wetlands.

4. Identify who was responsible for obtaining a Corps permit for this work. If you believe that a Corps permit was not required, please provide your specific reasons for such belief.

5. Identify the types of equipment used, the operator(s), and the ownership thereof, to excavate, grade, clear vegetation, remove stumps or discharge fill or dredged material at the Site. Be specific as to the dates that each of the above activities was performed, and the location.

6. Provide us with a list of state, local or federal permits that you received or were required to obtain for the work at the site.

7. Provide a list of all consultants, engineers, soil scientists, contractors and subcontractors (including name, mailing address and telephone number) that undertook work at the Site.

8. If material was brought onto, or delivered, to the site please provide the source of this material (including name, mailing address and telephone number), the type, amount and location where the material was placed.

9. If the Site was the subject of property survey, wetland delineation or boundary documentation prepared by a third party licensed engineer/firm provide us with a copy of these documents.

10. Provide copies of all correspondence including, but not limited to, any permits or applications for permits with any local, state or federal agency pertaining to the placement, retention or removal of dredged or fill material or work occurring in wetlands or waterways at the site.

No additional regulated work within our jurisdiction may be started or allowed to continue until you receive a permit signed by the District Engineer or his authorized representative. Any such future work without a permit will be considered willful, repeated, or flagrant per 33 CFR Part 326.5(a).

Please respond to our request for information within thirty (30) days of the date of this letter. If you fail to respond to this notification or to provide the requested information within the specified time frame we may seek immediate legal action to halt any ongoing activity, conduct our investigation with the information available to us and take enforcement action as allowed by federal law. Our action may include referral to the U.S. Attorney's Office or the Environment and Natural Resources Division of the U.S. Department of Justice.

In summary, please provide the information requested above, and any other information that you believe is pertinent to this situation, within thirty (30) days of the date of this letter. We appreciate your cooperation and assistance in resolving this

matter. Please note that this letter will not foreclose our options to initiate appropriate legal action. If you have any questions, please contact Ms. Cori M. Rose of my Regulatory Staff at (978) 318-8306.

Sincerely,

William M. Conde
Colonel, Corps of Engineers
District Engineer

Copies Furnished:

Denise Leonard, US EPA New England, Region I, OEP Wetland Enforcement, leonard.denise@epa.gov

Brian Golembiewski, Connecticut DEEP – LWRD, Land Use Review, Southeast Region, 79 Elm Street, Hartford, CT  06106 brian.golembiewski@ct.gov

Kevin Zawoy, CT DEEP –LWRD, Enforcement, 79 Elm Street, Hartford, Connecticut 06106 kevin.zawoy@ct.gov

Janis Small, Wallingford Law Department, 45 South Main Street, Room 308, Wallingford, CT 06492 lawdept@wallingfordct.gov

Erin O'Hare, Environmental and Natural Resources Planner, Wallingford Town Hall 45 South Main Street, Wallingford, CT 06492

**ANDREWS WESLEY W & COLTON C  AT  69 WOODS HILL RD REAR (Map72  BlockB  Lot53)**



**SOURCE:** NORTH BRANFORD GIS PROPERTY VIEWER
**DATE ACCESSED:** MARCH 13, 2018
**ACCESSED BY:** CORI M. ROSE, USACE

ATTACHMENT B

**JEFF ANDREWS 216 NORTHFORD ROAD AND 69 WOODS HILL RD REAR (Map72 BlockB Lot53)**



NAE-2010-00802
2010 AERIAL - 216 NORTHFORD ROAD AREA OF CONCERN

ATTACHMENT C



Source: Google Earth (accessed September 12, 2017)
Created by: Cori M. Rose, USACE
Date: September 2010



CENAE-R-PRB  
File No. NAE-2010-00802  
Regulatory Division

**ADMINISTRATIVE RECORD**    **File No.** NAE-2010-00802

**SUBJECT:**  Authorization to Enter Property

I _____ [name of <u>at least one</u> individual with ownership interest and signature below], hereby give the staff of the U.S. Army Corps of Engineers, New England District permission to enter upon my property located at 16 Northford Road, Wallingford, Connecticut and 69 Woods Hill Road (rear), North Branford, Connecticut, to conduct a site review for the purposes of:

- Assessment for wetland jurisdiction
- Wetland or waterway resource characterization
- Permit application evaluation
- Assessment with permit compliance or unauthorized activity investigation
- Investigation of work in or around wetland/waterway resources

_____  _____  _____  
Owner/Print Name                                Signature                                          Date

_____  _____  _____  
Owner/Print Name                                Signature                                          Date

_____  _____  _____  
Owner/ Print Name                               Signature                                          Date

**RETURN by EMAIL or Fax TO**:  cori.m.rose@usace.army.mil,  
Facsimile: 978) 318-8303

_____     CHECK HERE IF YOU WISH TO BE PRESENT, OR HAVE YOUR DESIGNATED REPRESENTATIVE(S) PRESENT DURING THE VISIT (we will provide you with at least 10-days forewarning/notification of the intended site visit).