UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 3:20-cv-01300-JCH |
| | ) | |
| JEFFREY ANDREWS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**OBJECTIONS TO DEFENDANTS' WITNESS LIST**

The United States notes that Defendants did not file a Witness List on November 23, 2020, as required under this Court's Scheduling Order dated October 8, 2020. Dkt. 23. Consequently, there are no witnesses currently identified to which the United States may object.

At the Telephonic Status Hearing in this case held on November 23, 2020, Defendants were granted leave by the Court until December 10, 2020 to "submit an affidavit of an expert that will offer direct testimony at the hearing" on December 16, 2020. Dkt. 34.

The United States reserves the right to object before the hearing to any expert witness to be offered by the Defendants, including: (1) the substance of any submitted written testimony; (2) objections permitted under *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and its progeny; and (3) any other applicable evidentiary objections under the Federal Rules of Evidence. In addition, the United States intends to cross-examine any witness at the hearing to be held on December 16, 2020.

Respectfully submitted,

Dated: December 1, 2020            *s/ Benjamin J. Grillot*_____
                                   BENJAMIN J. GRILLOT
                                   Environment and Natural Resources
                                   Division
                                   Environmental Defense Section

1

              U.S. Department of Justice
              P.O. Box 7611
              Washington, DC 20044
              (202) 305-0303
              benjamin.grillot@usdoj.gov

              *s/ Redding C. Cates*_____
              REDDING C. CATES
              Environment and Natural Resources
              Division
              Environmental Defense Section
              U.S. Department of Justice
              P.O. Box 7611
              Washington, DC 20044
              (202) 514-2617
              redding.cates@usdoj.gov

              UNITED STATES ATTORNEY
              District of Connecticut

              s/ *Anne Thidemann*_____
              ANNE THIDEMANN
              Assistant United States Attorney
              District of Connecticut
              1000 Lafayette Blvd., 10th Floor
              Bridgeport, CT 06604
              (203) 696-3045
              anne.thidemann@usdoj.gov


OF COUNSEL:

DAVID PETERSON
LAURA BEVERIDGE
United States Environmental Protection Agency
Office of Regional Counsel, Region I
Five Post Office Square, Suite 100
Boston, MA 02109-3912
(617) 918-1738